SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL R. THOMAS )<br>  f/k/a Sean P. Higgins, )<br>  Shawn P. Higgins ) | Criminal No. 11-<br>2:11-cr-47-DBH<br>VIOLATIONS:<br>Title 18, U.S. Code, Sections 115(a)(1)(B),<br>876(c), 922(g)(1), 924(a)(2) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Threatening Member of Congress)

On about May 5, 2010, in the District of Maine, the defendant,

**MICHAEL R. THOMAS**
**f/k/a Sean P. Higgins, Shawn P. Higgins**,

threatened to murder United States Senator Joseph Lieberman, with intent to retaliate against Senator Lieberman on account of the performance of his official duties. Specifically, **THOMAS** sent a letter addressed to Lieberman stating in part:

"IT IS ONLY A MATTER OF TIME UNTIL YOU RECEIVE CONSTITUTIONAL JUSTICE AT THE POINT OF A GUN" ... "NOW THE TIME HAS COME FOR YOUR FINAL EXIT" ... "THE TIME IS AT HAND. SOON YOU WILL PAY" ... "JUST KNOW THAT WE ARE EVERYWHERE & YOUR DAYS ARE NUMBERED."

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO
### (Mailing Threatening Communication)

On about May 5, 2010, in the District of Maine, the defendant,

### MICHAEL R. THOMAS
### f/k/a Sean P. Higgins, Shawn P. Higgins,

knowingly caused a written communication threatening to injure a person to be delivered by the Postal Service according to the direction thereon. Specifically, **THOMAS** sent a letter addressed to Joe Lieberman, an official who is covered by 18 U.S.C. § 1114, in Hartford, Connecticut. The letter stated in part:

"IT IS ONLY A MATTER OF TIME UNTIL YOU RECEIVE CONSTITUTIONAL JUSTICE AT THE POINT OF A GUN" … "NOW THE TIME HAS COME FOR YOUR FINAL EXIT" … "THE TIME IS AT HAND. SOON YOU WILL PAY" … "JUST KNOW THAT WE ARE EVERYWHERE & YOUR DAYS ARE NUMBERED."

In violation of Title 18, United States Code, Section 876(c).

## COUNT THREE
### (Threatening Member of Congress)

On about June 24, 2010, in the District of Maine, the defendant,

### MICHAEL R. THOMAS
### f/k/a Sean P. Higgins, Shawn P. Higgins,

threatened to murder United States Representative Steve King, with intent to retaliate against Representative King on account of the performance of his official duties. Specifically, **THOMAS** sent a letter addressed to King stating in part:

"YOU ARE A TREASONOUS TRAITOR AND SHOULD BE SHOT DEAD" … "IT'S NOT ONLY YOU REPUBLICAN COCKSUCKERS WHO HAVE GUNS, MOTHERFUCKER,

YOU WILL BE MADE TO PAY THE PRICE, MOTHERFUCKER. WE HAVE GUNS & BULLETS FOR YOU & OTHER TRAITORS IN THE REPUBLICAN PARTY & THE TEA PARTY. YOUR TIME IS COMING, MOTHERFUCKERS. BLESSED IS HE WHO SPILLS YOUR BLOOD. BLESSED IS HE WHO SPILLS YOUR FAMILY'S BLOOD. BLESSED BE THE DAY OF VENGEANCE. YOU WILL BE STRUCK DOWN BY A TRUSTED HAND."

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOUR
### (Mailing Threatening Communication)

On about June 24, 2010, in the District of Maine, the defendant,

**MICHAEL R. THOMAS**
**f/k/a Sean P. Higgins, Shawn P. Higgins,**

knowingly caused a written communication threatening to injure a person to be delivered by the Postal Service according to the direction thereon. Specifically, **THOMAS** sent a letter addressed to Congressman Steve King, an official who is covered by 18 U.S.C. § 1114, in Washington, District of Columbia. The letter stated in part:

"YOU ARE A TREASONOUS TRAITOR AND SHOULD BE SHOT DEAD" … "IT'S NOT ONLY YOU REPUBLICAN COCKSUCKERS WHO HAVE GUNS, MOTHERFUCKER, YOU WILL BE MADE TO PAY THE PRICE, MOTHERFUCKER. WE HAVE GUNS & BULLETS FOR YOU & OTHER TRAITORS IN THE REPUBLICAN PARTY & THE TEA PARTY. YOUR TIME IS COMING, MOTHERFUCKERS. BLESSED IS HE WHO SPILLS YOUR BLOOD. BLESSED IS HE WHO SPILLS YOUR FAMILY'S BLOOD. BLESSED BE THE DAY OF VENGEANCE. YOU WILL BE STRUCK DOWN BY A TRUSTED HAND."

In violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE
### (Mailing Threatening Communication)

On about January 6, 2011, in the District of Maine, the defendant,

### MICHAEL R. THOMAS
### f/k/a Sean P. Higgins, Shawn P. Higgins,

knowingly caused a written communication threatening to injure a person to be delivered by the Postal Service according to the direction thereon. Specifically, **THOMAS** sent a letter addressed to Governor Paul LePage in Augusta, Maine. The letter stated:

"I DID NOT VOTE FOR YOU AND AS FAR AS I'M CONCERNED YOU ARE NOT MY GOVERNOR. NOW I'M READY TO VOTE WITH A BULLET. YES. THANK GOD FOR OUR SECOND AMENDMENT REMEDIES. I'VE GOT YOU IN MY CROSS-HAIRS, BITCH. AS FAR AS I'M CONCERNED, YOU ARE THE DEVIL HIMSELF AND I WILL PUT A BULLET OR TWO IN YOU, IF IT'S THE LAST THING I DO. I'M WILLING TO SACRIFICE MY LIFE JUST TO MAKE SURE YOU DIE, BASTARD. I WILL STRIKE WHEN YOU LEAST EXPECT IT."

In violation of Title 18, United States Code, Section 876(c).

## COUNT SIX
### (Mailing Threatening Communication)

On about March 11, 2011, in the District of Maine, the defendant,

### MICHAEL R. THOMAS
### f/k/a Sean P. Higgins, Shawn P. Higgins,

knowingly caused a written communication threatening to injure a person to be delivered by the Postal Service according to the direction thereon. Specifically, **THOMAS** sent a letter addressed to the Office of Governor Scott Walker in Madison, Wisconsin. The letter stated in part:

"YOU ARE A TRAITOR TO THE PEOPLE & SHOULD BE SHOT DEAD. THEY SHOULD HANG YOU BY YOUR BALLS YOU CREEPY NAZI FASCIST SCUMBAG. YOU ARE A DISGUSTING CANCER. YOU DESERVE TO DIE. YOU SHOULD BE KILLED. YOUR FAMILY SHOULD BE KILLED. WE WILL NEVER FORGET WHAT YOU HAVE DONE & TRIED TO DO. YOU WILL NEVER WIN. WE WILL DEFEAT YOU. YOU WILL PAY THE PRICE. YOUR DAY IS COMING MOTHERFUCKER. WE WILL CRUCIFY YOU BASTARD. YOU WILL GET WHAT'S COMING TO YOU BASTARD. WE WILL EXCORIATE YOU. WE WILL IMMOLATE YOU. WE WILL SCALP YOU. WE WILL BURN YOU ALIVE. YOU WILL WISH YOU WERE NEVER BORN. YOU ARE NO GOVERNOR. YOU ARE A PETTY WOULD-BE TYRANT. NOW YOU WILL TASTE OUR VENGEANCE."

In violation of Title 18, United States Code, Section 876(c).

### COUNT SEVEN
### (Possession of Firearm by Convicted Felon)

On about March 25, 2011, in the District of Maine, the defendant,

**MICHAEL R. THOMAS**
**f/k/a Sean P. Higgins, Shawn P. Higgins**,

having been convicted of a crime punishable by imprisonment exceeding one year, specifically:

Stalking, Lynn, Massachusetts District Court, Docket Number 9913CR003417, judgment having been entered on January 14, 2000;

knowingly possessed, in and affecting commerce, a firearm, specifically a Hi-Point, model JHP, .45 ACP caliber pistol, serial number X412912.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL,

**Signature Redacted - Original on File**

FOREPERSON

_____
Assistant U.S. Attorney

Date: April 12, 2011