# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>MICHAEL R. THOMAS, )<br>)<br>      DEFENDANT ) | No. 2:11-CR-47-DBH |

## ORDER ON PENDING MOTIONS

1. <u>Defendant's Second Motion to Suppres Evidence</u>. The motion is **DENIED** for the reasons stated in my Decision and Order on Motion to Suppress dated September 30, 2011.

2. <u>Defendant's Motion for Bill of Particulars</u>. The motion is **DENIED AS MOOT** now that the government has provided the requested information and the defendant has not filed any reply arguing that the disclosure is inadequate.

3. <u>Defendant's Motion for Relief from Multiplicity in the Indictment</u>. The motion is **DENIED** because the Counts are not multiplicitous for the reasons stated in the government's responding memorandum concerning the elements of the respective offenses, but **WITHOUT PREJUDICE** to the motion's renewal at sentencing if the defendant is convicted on more than one of the Counts challenged.

    **SO ORDERED.**

    DATED THIS 13TH DAY OF JANUARY, 2012

                                        /s/D. Brock Hornby
                                        **D. BROCK HORNBY**
                                        **UNITED STATES DISTRICT JUDGE**